**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| SHAWNELLIAS BURGESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-0927 |
| ) | Judge Trauger |
| AFFILIATED COMPUTER SERVICES, INC., ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

## O R D E R

On January 13, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 30), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Defendant's Motion to Dismiss (Docket No. 14) is **DENIED**, and the Plaintiff's Motion to Amend (Docket No. 16) is **GRANTED**.

This case is **REFERRED** back to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED.**

Enter this 2nd day of February 2012.

_____
ALETA A. TRAUGER
U.S. District Judge