# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHAWNELLIAS BURGESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-0927 |
| ) | Judge Trauger |
| AFFILIATED COMPUTER SERVICES, INC., ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

## O R D E R

On April 10, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 38), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion For Voluntary Dismissal With Prejudice (Docket No. 35) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, with each side to bear their own costs.

It is so **ORDERED.**

Enter this 30th day of May 2012.

ALETA A. TRAUGER
U.S. District Judge